IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CASE NO. 4:24-cr-48 |
| CLIFTON NEWMAN, | |
| Defendant. | |

**O R D E R**

On September 12, 2024, the parties filed their Joint Status Report. Doc. 32. In that Report, the parties state all pretrial motions have been satisfied or otherwise resolved as to Defendant Clifton Newman. Accordingly, the Court **DENIES as moot** Defendant's motions, docs. 18–23. The motions hearing scheduled for September 27, 2024 at 1:30 p.m. as to Defendant Clifton Newman is cancelled.

**SO ORDERED**, this 12th day of September, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA